LEWIS JUBRAN (DC SBN 1028219)
Abusharar and Associates
501 N. Brookhurst Street #202
Anaheim, CA 92801
Tel:  (714) 5355600
Fax:  (714) 535-5605
EMAIL: associate@abushararlaw.com


Attorneys for Plaintiffs
Erfan Darbani and
Jamaleddin Darbani

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| Erfan Darbani and ) <br> Jamaleddin Darbani ) <br> ) <br> 19539 129th PL NE ) <br> Bothell, WA 98011 ) <br> ) <br>        Plaintiffs ) <br> vs. ) <br> ) <br> Marco Rubio, Secretary of State, U.S.) <br> Department of State; Julie Stufft,) <br> Senior Bureau Official, Bureau of) <br> Consular Affairs; Martina Strong, U.S.) <br> Ambassador to UAE; Sean Murphy,) <br> Charge d'Affaires, U.S. Embassy, Abu <br> Dhabi, UAE | Docket No.: <br><br><br> **COMPLAINT FOR WRIT OF MANDAMUS** |

COMPLAINT FOR WRIT OF MANDAMUS 1

Executive Office of the Legal Adviser
US Department of State
600 19th Street NW, Suite 5600
Washington DC 20522

                Defendants     )

1. This is a civil action brought by Plaintiffs to compel Defendants, officers of the United States, to adjudicate an immigrant visa based on an I-130 Petition for Alien Relative (hereinafter referred to as "I-130" or "petition", filed by Plaintiff Mr. Erfan Darbani (hereinafter referred to as "ERFAN"), to benefit his father, Plaintiff Mr. Jamaleddin Darbani (hereinafter referred to as "DARBANI"). Adjudication of said petition and immigrant visa is a nondiscretionary ministerial duty owed to Plaintiffs. Plaintiffs have no other adequate remedy to obtain that right other than by way of this complaint.

## JURISDICTION AND VENUE

2. The Mandamus and Venue Act of 1961 confers upon district courts original jurisdiction of "any action … to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff." 28 U.S.C. §§ 1331, 1361. Mandamus is proper when the plaintiff demonstrates that the government official or agency has not performed "a

non-discretionary duty" owed to the plaintiff. *Briggs v. Sullivan*, 886 F.2d 1132, 1142 (9th<sup>th</sup>. Cir. 1989); *see also Coleman v. Barnhart*, 2003 WL 22722816, at *2 (N.D. Cal. 2003). Moreover, this Court has jurisdiction over the instant matter pursuant to the Administrative Procedure Act ("APA"). 5 U.S.C. §§ 555(b), 706. Venue is proper in the District of Colombia under 28 U.S.C. §§ 1391(b) and (e), as a substantial part of the events giving rise to the instant claim occurred in this district.

## PARTIES

3.  Plaintiff ERFAN is a United States Citizen who filed an I-130 Petition for his father, Plaintiff DARBANI on 03/19/2020 which was approved on 11/03/2020 by the U.S. Citizenship Immigration Services ("USCIS" or "Service") and subsequently sent to the National Visa Center ("NVC").

4.  Defendant Marco Rubio is sued in his official capacity as the Secretary of State. In this capacity he has responsibility for supervising the administration of immigration laws overseas and supervises the Foreign Service of the United States and routinely does and transacts business in the District of Columbia and with individuals and corporations residing therein.

5.  Defendant Julie Stufft is sued in her official capacity as Senior Bureau Official, Bureau of Consular Affairs. In this capacity she has responsibility to protect the lives and interests of American citizens abroad and to strengthen

COMPLAINT FOR WRIT OF MANDAMUS  3

the security of United States borders through the adjudication of visas and passports as well as overseeing the procedure that allow lawful immigrants and visitors to travel to America, and routinely does and transacts business in the District of Columbia and with individuals and corporations residing therein.

6. Defendant Martina Strong is sued in her official capacity as the U.S. Ambassador to UAE. In this capacity, she is the head of the U.S. mission in UAE and, among other responsibilities, has the responsibility to protect the lives and interests of American citizens and to strengthen the security of United States borders through the adjudication of visas and passports. Ms. Strong is also responsible for overseeing the procedure that allows lawful immigrants and visitors to travel to America. Ms. Strong routinely transacts business in the District of Columbia and with individuals and corporations residing therein.

7. Defendant Sean Murphy, is sued in his official capacity as Charge d'Affaires, U.S. Embassy, Abu Dhabi, UAE. In this capacity, he has the responsibility to protect the lives and interests of American citizens and to strengthen the security of United States borders through the adjudication of visas and passports. Mr. Murphy is also responsible for overseeing the procedure that allows lawful immigrants and visitors to travel to America.

Mr. Murphy routinely transacts business in the District of Columbia and with individuals and corporations residing therein.

## STATEMENT OF FACTS

8. As previously mentioned, Plaintiff ERFAN is a United States citizen.

9. Plaintiff DARBANI is a citizen and national of Iran. **(Exhibit 1)**.

10. On 03/19/2020 ERFAN filed an I-130 petition to benefit his father, Plaintiff DARBANI. Said petition was approved by USCIS On 11/03/2020 **(Exhibit 2)**.

11. On November 17, 2020, The NVC sent Plaintiffs an email requesting documents and fees with which they promptly complied. **(Exhibit 3)**.

12. Thereafter, DARBANI was scheduled to appear for his in-person immigrant visa interview on 02/28/2024 at the Consular Post in Abu Dhabi. **(Exhibit 4)**.

13. After said interview, the Consular Post requested additional information with which DARBANI immediately complied.

14. Regular follow ups with the Consular Post in Abu Dhabi and drawing their attention to the extreme hardship Plaintiffs have been suffering, both emotionally as well as financially, have been ignored and ERFAN and DARBANI only receive boilerplate responses that his case is going through

"administrative processing", with no timeframe as to the issuance of this long-awaited immigrant visa.

15.     Despite passage of over ONE YEAR, DARBANI has not been issued his immigrant visa.

16.     Plaintiffs have been eagerly waiting for the issuance of DARBANI's immigrant visas so that they can be unified here in the United States without undue hardship.

## EXHAUSTION

17.     Plaintiffs have exhausted their administrative remedies.  They have provided all the information and evidence necessary for an adjudication of the initial petition by USCIS. They subsequently submitted all requested documentation for the processing by Consular Post of the immigrant visa application, including but not limited to additional fees requested by the NVC, as well as appearing for their immigrant visa interviews at the Consular Post in Abu Dhabi.

18.     Despite the passage of over one year, to date DARBANI's immigrant visa has not been issued by the US Embassy in Abu Dhabi.

## **CLAIM FOR RELIEF**

(Unreasonable Delay and Failure to Perform

Nondiscretionary Duties Owed to Plaintiffs)

19. Plaintiffs re-allege and incorporate by reference paragraphs 1 through 18 of this Complaint as if fully stated herein.

20. The adjudication of said petition and immigrant visa is a nondiscretionary ministerial duty owed by Defendants to Plaintiffs as the petitioner and beneficiary of immigrant visa application. Adjudication of these applications is a ministerial act, as Plaintiffs have complied with all requests made by Defendants.

21. DARBANI has been patiently waiting for the issuance of his immigrant visa by the Consular Section, at the U.S. Embassy in Abu Dhabi.

22. Defendants have willfully and unreasonably delayed and have refused to complete adjudication of said immigrant visa

23. The delay is unreasonable *per se*.

24. The delay is unreasonable in light of the fact that Defendants are aware that Plaintiffs are suffering from the uncertainty of when DARBANI can finally become Legal Permanent Residents and join his son ERFAN here in the United States. Defendants have been derelict in their duties to adjudicate

the immigrant visas in a timely manner. The emotional and financial toll of this unreasonable delay has caused great harm to the Plaintiffs.

///

///

COMPLAINT FOR WRIT OF MANDAMUS 8

## PRAYER FOR RELIEF

WHEREFORE, and in light of the foregoing, Plaintiffs pray that the Court:

A. Assume jurisdiction over this matter;

B. Compel Defendants to perform their duty or duties to complete processing of the visa application filed by the Plaintiffs;

C. Award Plaintiffs' attorney's fees and costs pursuant to 28 U.S.C. § 2412 and any other applicable statutory, common law, or constitutional provision; and

D. Grant Plaintiffs any other relief as this Court deems just and proper at law and in equity.

Dated: April 4, 2025                    Respectfully Submitted,

                                        /s/ Lewis Jubran, Esq.
                                        Attorney for Plaintiffs

EXHIBIT 1





سید مصطفی هاشمی
Official English Translator to the Judiciary
License No. 1070
Seyed Mostafa Hashemi
To verify the authenticity of the translation, please scan the QR Code

## OFFICIAL TRANSLATION FROM PERSIAN

### Islamic Republic of Iran
### Iranian Gendarmerie
### Public Conscription Organization
### Ordinary Draftees Military Service Exemption Card
Sealed photo of the holder

Serial No.: B80000-V-Y-R-ZH-0277
Processing Area: Ajabshir
File Classification No.: 660
Date of Issuance: March 12, 1973

| Name | JAMALEDDIN | Surname | DARBANI |
|---|---|---|---|
| Birth Certificate No. | 25 | Father's Name | Rouhollah |
| Birth Date | 1952 | Place of Issuance | Sisan |
| Occupation | Electrician | Processing Area | Sisan |

Due to lack of selection in 3-Ajabshir training center and lack of government requirement, he is exempted from serving under the flag.

Signed & Sealed:
Brigadier General Abbas Danesh, Commander of the training center
Colonel Mohammad Amin Baghai, Representative of the Public Service Organization

True Translation          Certified/ March 9, 2024          52168

نام صاحب سند: جمال الدین دربانی. - هزینه ترجمه و خدمات دفتری: 862500 ریال بابت ترجمه کارت معافیت

آدرس: خیابان مطهری، بعد از مترو مفتح، پلاک 180، واحد 301
Address: No 301, Bus Station, Mofateh St., Motahari St., Tehran, Iran
Email: hashemi.pso@gmail.com    Mobile:(+98) 9125350675    Tel:(+98) 021 8814111588141116



EXHIBIT 2

| Receipt Number | | Case Type | |
|---|---|---|---|
| IOE0908727164 | | I130 - PETITION FOR ALIEN RELATIVE | |
| Received Date | Priority Date | Petitioner A212 385 301 | |
| 03/19/2020 | 03/19/2020 | DARBANI, ERFAN | |
| Notice Date | Page | Beneficiary | |
| 11/03/2020 | 1 of 1 | DARBANI, JAMALEDDIN | |

DARBANI, ERFAN
19539 129TH PL NE
BOTHELL  WA  98011

**Notice Type:** Approval Notice
Section: Parent of U.S Citizen, 201(b) INA

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

**What the Official Notice Said**

The above petition has been approved. As the petitioner requests, we have sent the petition to the U.S. Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. The NVC processes all approved immigrant visa petitions that need consular action, including the collection of necessary forms and documents. It also determines which consular post is appropriate to complete visa processing. The NVC will then transfer the approved petition to the consular post once processing has been completed and an interview has been scheduled at the Embassy or Consulate.

The NVC will contact the beneficiary of this petition with further information about immigrant visa processing steps.

You should allow a minimum of 45 days for U.S. Department of State processing before contacting the NVC. If you have not received any correspondence from NVC within 45 days, you may contact the NVC at https://nvc.state.gov/inquiry.

For more information about NVC processing, please visit https://nvc.state.gov.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.
**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
6046 N Belt Line Rd., STE 110
Irving TX 75038-0012

USCIS Contact Center: www.uscis.gov/contactcenter



# EXHIBIT 3



Michelle Taheripour <mt.sedaghatlaw@gmail.com>

## Fw: Notice of Immigrant Visa Case Creation
1 message

**Erfan Darbani** <erfan.darbani@yahoo.com>  Mon, Mar 3, 2025 at 6:33 PM
To: "mt@sedaghatlaw.com" <mt@sedaghatlaw.com>

----- Forwarded Message -----
**From:** "national_visa_center@state.gov" <national_visa_center@state.gov>
**To:** "ERFAN.DARBANI@YAHOO.COM" <ERFAN.DARBANI@YAHOO.COM>; "TANYA@FEKRILAW.COM" <TANYA@FEKRILAW.COM>
**Sent:** Tuesday, November 17, 2020 at 10:35:56 AM PST
**Subject:** Notice of Immigrant Visa Case Creation

Dear Jamaleddin Darbani,

Thank you for your interest in immigrating to the United States of America. The Department of State's National Visa Center (NVC) received your approved immigrant visa petition from U.S. Citizenship and Immigration Services (USCIS). NVC's role is to ensure you are prepared for your immigrant visa interview at a U.S. Embassy/Consulate General, and to schedule your interview appointment.

NVC is responsible for collecting any applicable fees, the Immigrant Visa Application, supporting civil documents, police certificate(s), Affidavits of Support, and financial documents, if applicable, prior to your visa interview at a U.S. Embassy/Consulate General. **Do not mail documents to NVC, even if you received instructions to mail documents to NVC in the past.**

You will need to log on to the Department of State's Consular Electronic Application Center (CEAC) at https://ceac.state.gov/IV to check your case status, pay any necessary fees, upload and submit documents, and read messages from NVC.

If you are logging into CEAC for the first time, please be aware that it can take up to three days (72 hours) from receipt of this notice for your account to be activated. Once activated, you can log into CEAC using the following unique NVC case number and Invoice Identification Number.

**NVC Case Number:** ABD2020822037
**Invoice ID Number:** IVSCA00001715792

You should keep this information available in a safe place as you will need it every time you log on to CEAC. Please keep in mind that you **must** use CEAC to provide NVC with the fees and documents that are required prior to your immigrant visa interview. We do not accept these by mail.

**Please Note: You must bring the exact original of any scanned document you upload to CEAC that NVC accepts to your immigrant visa interview. Failure to bring the exact original you uploaded to CEAC may delay the processing of your case.**

You must follow our 12 step instructions posted at https://nvc.state.gov for completing your case. Once you have completed your case, we will schedule your case for a visa interview at the U.S. Embassy or Consulate General in ABU DHABI, UAE.

If you need to contact NVC, please follow the instructions at https://nvc.state.gov/inquiry. NVC may send questions, instructions, and status updates to your CEAC account. If we do this you will receive an email asking you to log into your CEAC account to review a message from NVC.

**IMPORTANT:** *If you do not log into CEAC or communicate with NVC regarding this immigrant visa case for a period of one year, by law the Department of State must terminate your visa application.*

*FINANCIAL SPONSORSHIP RESPONSIBILITIES: Financial sponsors, joint sponsors, and applicants should be aware of the responsibilities arising from a sponsor signing an I-864 and the consequences of a sponsored immigrant's acceptance of federal means-tested public benefits. For more information, visit https://nvc.state.gov/aos.*

*PRESIDENTIAL PROCLAMATION ON HEALTH CARE: On October 4, 2019, the President issued Presidential Proclamation 9945 on the "Suspension of Entry of Immigrants Who Will Financially Burden the United States Healthcare System." For the most up to date information on how PP 9945 might affect your case, please visit https://travel.state.gov/healthcare.*

Regards,
National Visa Center,
U.S. Department of State
https://nvc.state.gov/ask

*\*\*NOTE: Please do not reply to this email. This is not a monitored account. If you have questions or need to get in touch with NVC, please follow the instructions at https://nvc.state.gov/ask to call or email us.\*\**

EXHIBIT 4

 Gmail                                                                                    Michelle Taheripour <mt.sedaghatlaw@gmail.com>

## Fw: Immigrant Visa Interview Appointment
2 messages

**Erfan Darbani** <erfan.darbani@yahoo.com>                                                      Mon, Mar 3, 2025 at 6:18 PM
To: "mt@sedaghatlaw.com" <mt@sedaghatlaw.com>

Hi,

----- Forwarded Message -----
**From:** "national_visa_center@state.gov" <national_visa_center@state.gov>
**To:** "ERFAN.DARBANI@YAHOO.COM" <ERFAN.DARBANI@YAHOO.COM>; "ERFAN.DARBANI@YAHOO.COM" <ERFAN.DARBANI@YAHOO.COM>; "TANYA@FEKRILAW.COM" <TANYA@FEKRILAW.COM>; "TANYA@FEKRILAW.COM" <TANYA@FEKRILAW.COM>
**Sent:** Tuesday, December 19, 2023 at 10:30:13 PM PST
**Subject:** Immigrant Visa Interview Appointment

DECEMBER 20, 2023

Case Number: ABD2020822037

Invoice ID: IVSCA00001715792

DARBANI, JAMALEDDIN :

The National Visa Center (NVC) completed processing your immigrant visa application and scheduled your visa interview at the U.S. Embassy/Consulate General, for processing. Appointment information is located at the bottom of this email. Only family members listed below in the Additional Applicant's section who are intending to immigrate at this time must appear at the Embassy/Consulate General on the appointment date.

**Important Information:**
You submitted forms and supporting documents to the NVC in electronic form. You must bring the original forms and documents to your interview for review by the consular officer.

Please read and follow all Interview Preparation Instructions located on the Department of State's web site at: https://nvc.state.gov/prep.

Important information regarding the required medical appointment is also listed on this site. Failure to follow all instructions provided on this site may result in the refusal of your immigrant visa at the initial interview.

You should present this letter upon arrival at the Embassy/Consulate General.

**What To Do if You Cannot Keep the Appointment:**
To determine the proper procedure for rescheduling your interview appointment, please go to the U.S. Embassy or Consulate interview preparation instructions, select your interview location from the list and follow the instructions listed under "Contact Information" on the right.

**Reminders:**

- Read and follow all interview instructions located at https://nvc.state.gov/prep.
- Bring this letter to your medical examination for the panel physician to review.
- Your sponsors (petitioner, household members, and joint sponsors), may be required to provide updated or additional information for you to present at your interview, such as:
    - Other Income
    - Assets
    - Proof of current employment
- You submitted documentation to the National Visa Center through the Consular Electronic Application Center (CEAC). You can continue to upload documents to CEAC up until the date of your visa interview. You must present all original documents at the time of interview.

- If a sponsor filed an I-864 (Affidavit of Support) AND provided the NVC with proof of an IRS Federal Income Tax Extension in lieu of a Federal Income Tax Return, you must upload this to CEAC or bring the sponsor's most recent Federal Income Tax Return to the visa interview.
- Failure to present all necessary original documents to the Consular Officer may result in the refusal of your immigrant visa at the initial interview.

**Questions:**
The National Visa Center has completed its processing of this case and any further inquiries should be addressed to the U.S. Embassy, Consulate General, or Diplomatic Mission listed below. When communicating with the Embassy/Consulate General, always refer to your name and case number exactly as they appear.

**Immigrant Visa Interview Details:**

| | |
|---|---|
| Interview Date/Time: | FEBRUARY 28, 2024 at 07:45 AM |
| Interview Location: | ABU DHABI, UNITED ARAB EMIRATES |
| NVC Case Number: | ABD2020822037 |
| Invoice ID: | IVSCA00001715792 |
| Principal Applicant: | DARBANI, JAMALEDDIN |
| | 19539 129TH PL NE |
| | AYATOLLAH KASHANI AVE 2ND FL NO 43 |
| | TEHRAN 1475684481 |
| | IRAN |
| Preference Category: | IR5-Parent of US Citizen |
| A #: | 069203242 |

**Erfan Darbani** <erfan.darbani@yahoo.com>  Mon, Mar 3, 2025 at 6:23 PM
To: "mt@sedaghatlaw.com" <mt@sedaghatlaw.com>

[Quoted text hidden]